IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDWARD CHARLES WRIGHT**                                                                                **PLAINTIFF**

v.                                       Case No. 4:19-cv-00392-KGB

**DEPARTMENT OF VETERANS AFFAIRS,**                                                **DEFENDANTS**
**Office of General Counsel,** *et al.*

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Edward Charles Wright's amended complaint is dismissed without prejudice (Dkt. No. 23). The Court denies the requested relief.

So adjudged this 10th day of December, 2021.

_____
Kristine G. Baker
United States District Judge